No. 03–8418. MCMAHON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8421. BELL v. SMITH, SHERIFF, LEVY COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8428. RASON v. ELGGREN, CHAPTER 7 TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8432. DOSSEY ET UX. v. TEXAS DEPARTMENT OF PROTECTIVE AND REGULATORY SERVICES. Sup. Ct. Tex. Certiorari denied.

No. 03–8433. MISKO v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–8436. BARNES v. WEST VIRGINIA ET AL. Cir. Ct. Fayette County, W. Va. Certiorari denied.

No. 03–8443. MCKNIGHT v. COURT OF COMMON PLEAS OF PENNSYLVANIA, PHILADELPHIA COUNTY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8446. MOTT v. SISTRUNK, SUPERINTENDENT, CROSS CITY CORRECTIONAL INSTITUTION, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–8449. DUNG VAN MAI v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8452. SOTO v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–8458. BANDA v. MORGAN ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8459. MUNOZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–8460. EDDINGTON v. HILL, WARDEN. C. A. 9th Cir. Certiorari denied.